UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN SHEKOSKI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>THE USED, LLC, a Utah limited liability company; BERT MCCRACKEN, an individual; JEPH HOWARD, an individual; DAN WHITESIDES, an individual; SEAN AKHAVAN, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 5:19-cv-00243 JGB(SHKx)<br><br>Hon. Jesus G. Bernal<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

Upon consideration of the Stipulation for Dismissal Without Prejudice filed by the parties in this action, and for good cause shown:

**IT IS HEREBY ORDERED** that this action is dismissed without prejudice, with all parties to bear their own fees and costs.

The Court retains jurisdiction over this case to enforce the terms of the settlement between the parties.

Dated: March 9, 2020

United States District Court Judge